Former decision, 565 U.S. 836, 132 S. Ct. 140, 181 L. Ed. 2d 59, 2011 U.S. LEXIS 5311.

**No. 10-10414. Christopher Carson Smith, Petitioner v. Michigan.**

565 U.S. 1074, 132 S. Ct. 801, 181 L. Ed. 2d 513, 2011 U.S. LEXIS 8336.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 836, 132 S. Ct. 141, 181 L. Ed. 2d 59, 2011 U.S. LEXIS 5819.

**No. 10-10416. Ali Partovi, Petitioner v. Joseph P. Galoski, et al.**

565 U.S. 1074, 132 S. Ct. 802, 181 L. Ed. 2d 513, 2011 U.S. LEXIS 8437.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 836, 132 S. Ct. 141, 181 L. Ed. 2d 60, 2011 U.S. LEXIS 5239.

**No. 10-10501. Eve Jolicoeur-Vasseur, Petitioner v. Association of Professional Flight Attendants, et al.**

565 U.S. 1074, 132 S. Ct. 802, 181 L. Ed. 2d 513, 2011 U.S. LEXIS 8354.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 839, 132 S. Ct. 147, 181 L. Ed. 2d 64, 2011 U.S. LEXIS 6066.

**No. 10-10565. Jesus Perez Saldana, Petitioner v. Rick Thaler, Director,**

**Texas Department of Criminal Justice, Correctional Institutions Division.**

565 U.S. 1074, 132 S. Ct. 802, 181 L. Ed. 2d 513, 2011 U.S. LEXIS 8359.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 840, 132 S. Ct. 151, 181 L. Ed. 2d 68, 2011 U.S. LEXIS 6118.

**No. 10-10586. Larry Butler, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

565 U.S. 1074, 132 S. Ct. 802, 181 L. Ed. 2d 513, 2011 U.S. LEXIS 8419.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 841, 132 S. Ct. 152, 181 L. Ed. 2d 69, 2011 U.S. LEXIS 6105.

**No. 10-10641. Scott R. Zabriskie, Petitioner v. Hess, Inc., et al.**

565 U.S. 1075, 132 S. Ct. 802, 181 L. Ed. 2d 513, 2011 U.S. LEXIS 8387.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 842, 132 S. Ct. 155, 181 L. Ed. 2d 71, 2011 U.S. LEXIS 6312.